**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Robert Preston HAYES, also known
as Bobby Preston, Defendant–
Appellant.**

No. 03–40592
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

June 23, 2004.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Robert Preston Hayes, Atlanta, GA, pro se.

Before BARKSDALE, DeMOSS, and CLEMENT, Circuit Judges.

PER CURIAM: *

The Federal Public Defender (FPD), appointed to represent appellant Robert Preston Hayes, has moved for leave to withdraw and has filed a brief as required by *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Hayes has not filed a response.

Our independent review of the brief and the record discloses no nonfrivolous issue in this direct appeal. Accordingly, the mo-

tion for leave to withdraw is GRANTED, the FPD is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be